No. 264. Standard Oil Co. et al. *v.* Drohan et al., Trustees, et al. C. A. 7th Cir. Certiorari denied.

*Richard P. Tinkham* for petitioners. *James D. Lynch* and *Harold C. Hector* for respondents.